ment vacated, and case rem΄ .ied for further consideration in light of *Department of Energy* v. *Ohio,* 503 U. S. 607 (1992). ▮

No. 91–1475. FLORIDA *v.* WALKER. Dist. Ct. App. Fla., 5th Dist. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *McNeil* v. *Wisconsin,* 501 U. S. 171 (1991). ▮

No. — – —. HAUGH ET AL. *v.* BULLIS SCHOOL, INC. Motion for reconsideration of denial of leave to file petition for writ of certiorari out of time [503 U. S. 931] denied.

No. A–693 (91–1618). VOINOVICH, GOVERNOR OF OHIO, ET AL. *v.* QUILTER, SPEAKER PRO TEMPORE OF OHIO HOUSE OF REPRESENTATIVES, ET AL. Appeal from D. C. N. D. Ohio. Motion of appellees to dismiss this Court's stay order of April 20, 1992 [503 U. S. 979], denied.

No. A–797. TRINSEY *v.* VALENTI ET AL. C. A. 3d Cir. Application for stay, addressed to JUSTICE THOMAS and referred to the Court, denied.

No. A–821. GONZALEZ *v.* WILKEY, SPECIAL COUNSEL. D. C. D. C. Application for stay, addressed to JUSTICE BLACKMUN and referred to the Court, denied.

No. D–1086. IN RE DISBARMENT OF NUZZO. Disbarment entered. [For earlier order herein, see 503 U. S. 902.]

No. D–1104. IN RE DISBARMENT OF BLANK. Gary L. Blank, of Chicago, Ill., having requested to resign as a member of the Bar of this Court, it is ordered that his name be stricken from the roll of attorneys admitted to practice before the Bar of this Court. The rule to show cause, heretofore issued on March 30, 1992 [503 U. S. 956], is hereby discharged.

No. D–1105. IN RE DISBARMENT OF MEKAS. Disbarment entered. [For earlier order herein, see 503 U. S. 956.]

No. D–1117. IN RE DISBARMENT OF HUGHES. It is ordered that Stephen D. Hughes, of Dunedin, Fla., be suspended from the practice of law in this Court and that a rule issue, returnable